USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/19/10

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

LOREX INVESTMENTS AG, KRASSNER :
FAMILY INVESTMENTS LIMITED
PARTNERSHIP, BRAD KRASSNER and :
DIETER ESCH,

        Plaintiffs,

    -against-

WILHELMINA INTERNATIONAL, INC., :
f/k/a NEW CENTURY EQUITY HOLDINGS
CORP., and OLSHAN GRUNDMAN FROME :
ROSENZWEIG & WOLOSKY LLP,

        Defendants.
--------------------------------------------------------- X

09 Civ. 10467 (RJS)

**STIPULATION OF DIMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned counsel, that the above-captioned action, including the Complaint and

Counterclaims and all claims that were asserted in the Complaint or the Counterclaims,

shall be dismissed with prejudice and without costs or fees to any party.

Dated:   New York, New York
       October 18, 2010

LOEB & LOEB LLP

By:_____
  Brian R. Socolow (BRS-6234)
  Jonathan N. Strauss (JS-1090)
  345 Park Avenue
  New York, New York 10154
  (212) 407-4000

Attorneys for Plaintiffs

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By:_____
  Thomas J. Fleming (TF-4423)
  Howard J. Smith (HS-3556)
  65 East 55th Street
  New York, New York 10022
  (212) 451-2300

Attorneys for Defendants

SO ORDERED:

_____
  U.S.D.J.

NY868060.1

10/18/10

SO ORDERED:_____
Dated:
      RICHARD J. SULLIVAN
      U.S.D.J.